IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Criminal No. 1:18CR101-LG-JCG-001

AARON ROULEAU

ORDER GRANTING UNITED STATES OF AMERICA'S MOTION [31]
TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT

THIS CAUSE came on for consideration upon the United States of America's Motion [31], pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), requesting that the Court order the Bureau of Prisons to turn over $1,050.00 to the Clerk of Court from funds held in Aaron Rouleau's inmate trust account as payment for the criminal monetary penalties imposed in this case.

As set forth in the United States' Motion, the Bureau of Prisons maintains in its possession, custody, or control, over and above, $1,050.00 in funds belonging to Rouleau that are currently in his inmate trust account. For the reasons stated in the motion, the Court finds the motion is well-taken and should be granted.

THEREFORE, IT IS HEREBY ORDERED that the United States' Motion to Authorize Payment from Inmate Trust Account is GRANTED;

IT IS FURTHER ORDERED that the Bureau of Prisons shall turn over to the United States District Clerk of Court, 501 E. Court Street, Suite 2.500, Jackson, MS  39201, and the Clerk of Court shall accept $1,050.00 in funds currently held in the inmate trust account for the following inmate:

Aaron Rouleau - Register No. 21013-043

The Clerk of Court shall apply these funds as payment toward the criminal monetary penalties owed by Defendant in this case.

**SO ORDERED AND ADJUDGED** this the 4th day of October, 2021.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge